UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| YOSBER I.M.C., <br><br> Petitioner, <br><br> v. <br><br> PAMELA BONDI, *United States Attorney General*; <br><br> KRISTI NOEM, *Secretary, U.S. Department of Homeland Security*; <br><br> TODD M. LYONS, *Acting Director of Immigration and Customs Enforcement*; and <br><br> DAVID EASTERWOOD, *Acting Director, St. Paul Field Office, Immigration and Customs Enforcement*; <br><br> Respondents. | Civil No. 26-489 (JRT/DLM) <br><br><br> **MEMORANDUM OPINION AND ORDER ON MOTION FOR ORDER TO SHOW CAUSE** |

Emily Curran, **HOUSING JUSTICE CENTER**, Northwestern Building, 275 East Fourth Street, #590, St. Paul, MN 55101, for Petitioner.

Trevor Brown, **UNITED STATES ATTORNEY'S OFFICE**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415 for Respondents.

Petitioner Yosber I.M.C. was arrested and detained by United States Immigration and Customs Enforcement ("ICE") on January 20, 2026. He filed a petition for a writ of habeas corpus that day, arguing that he was being detained unlawfully. (Docket No. 1.)

The Court concluded that Petitioner's detention was unlawful and granted the petition. (Mem. Op. and Order, Jan. 29, 2026, Docket No. 9.)

The Court ordered, in relevant part, as follows:

- "Petitioner's release in Minnesota must occur **no later than 48 hours after the filing of this Order**."

- "Given the severe weather conditions in Minnesota, Respondents are **ORDERED** to coordinate with Petitioner's counsel to ensure that upon Petitioner's release, he is not left outside in dangerous cold. It is preferable to release Petitioner to counsel to ensure humane treatment."

- "Respondents must release Petitioner with all personal documents, such as driver's licenses, passports, or immigration documents, and without conditions such as location tracking devices."

- "Respondents must comply with the directions above, including filing a status report with the Court confirming compliance with the conditions of Petitioner's release."

(*Id.* at 4–5.)

On January 31, 2026, Respondents filed a Status Update. (Docket No. 10.) Respondents stated:

> Pursuant to the order entered on January 29, 2026, Dkt. 9, the Federal Respondents are filing this status report to confirm that Petitioner has been released. The Federal Respondents do not believe any additional proceedings in this matter are required.

(*Id.*)

On February 2, 2026, Petitioner filed a Status Update and Motion for Order to Show Cause. (Docket No. 11.) Petitioner states that Respondents, in effectuating Petitioner's release, failed to comply with the terms of the Court's order in several respects, including:

- "Respondents did not provide any coordination whatsoever with the undersigned counsel[.]"

- "ICE has attempted to impose various conditions on Petitioner's release by way of an Order of Release on Recognizance . . . . includ[ing] an in-person check-in, a prohibition on Petitioner changing his address without written permission from ICE, and the threat of criminal prosecution for violations," as well as the threat of re-arrest by ICE.

- "ICE confiscated [Petitioner's] driver's license upon his release from custody[.]"

(*Id.* ¶¶ 1–5.)

This District "has been extremely patient with respondents" amid "dozens of court orders with which respondents have failed to comply in recent weeks." *Juan T.R. v. Noem*, No. 26-107, 2026 WL 200329, at *1 (D. Minn. Jan. 26, 2026). In this case, the Court expressly ordered Respondents to release Petitioner in coordination with Petitioner's counsel; without any conditions of his release; and with all of his personal documents.

-3-

Petitioner alleges that Respondents instead released Petitioner **without** coordination with Petitioner's counsel; with **several** conditions of release, including the threat of prosecution or re-arrest if he violates such conditions; and **without** his driver's license. This is unacceptable. The Court will order Respondents to submit a status update by 5:00 p.m. on February 4, 2026, confirming Respondents' compliance with the Court's January 29, 2026 Order.

**ORDER**

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Petitioner's Motion for Order to Show Cause (Docket No. [11]) is **GRANTED**, as follows:

    a. Respondents are **ORDERED** to submit a status update by 5:00 p.m. on February 4, 2026, confirming that **each** of the terms of the Court's January 29, 2026, Order (Docket No. [9]) have been complied with in this case.

    b. If Respondents fail to confirm compliance with the Court's January 29, 2026 Order (Docket No. [9]), the Court will issue an order concerning the appropriateness of contempt proceedings.

DATED: February 3, 2026  
at Minneapolis, Minnesota.

_____/s/ John R. Tunheim_____  
JOHN R. TUNHEIM  
United States District Judge