# UNITED STATES DISTRICT COURT

## District of Minnesota

Yosber Isidro Medina Colina

Petitioner(s),

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood

Respondent(s).

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-489 JRT/DLM

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
The Court's Memorandum Opinion and Order 9 and Memorandum Opinion and Order to Show Cause 12 have been satisfied.

Date: 2/13/2026

KATE M. FOGARTY, CLERK